■ In the Matter of ALBERT BRENT, as Chairman of the Citizens Planning Council of Huntington, et al., Appellants, v. PAUL H. HOCH, as Commissioner of Mental Hygiene of the State of New York, Respondent.— Motion by petitioners-appellants for leave to appeal to the Court of Appeals, denied. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ In the Matter of BERNARD L. BROOME, an Attorney, Respondent. DENIS M. HURLEY, Petitioner.— Motion by respondent for reargument of petitioner's motion to confirm the Referee's report and for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of the Estate of JACOB GREENFIELD, Deceased. ABRAHAM GREENFIELD, as Executor of JACOB GREENFIELD, Deceased, et al., Appellants; ISIDORE GREENFIELD et al., as Executors of JACOB GREENFIELD, Deceased, Respondents.— Motion by respondent Charles Greenfield for reargument referred to the court that rendered the decision. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur. Motion for reargument denied, with $10 costs to each appellant opposing the motion, namely: Abraham Greenfield, American Medical Center and National Jewish Hospital. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

■ In the Matter of WILLIAM MARCO, Petitioner, v. ANTHONY J. DI GIOVANNA, Individually and as a Justice of the Supreme Court, Respondent.— Application by petitioner, William Marco, pursuant to article 78 of the Civil Practice Act, to prohibit the Honorable ANTHONY J. DI GIOVANNA, individually and as a Justice of the Supreme Court, Kings County, from entering an order or taking any further proceedings upon a motion, now pending before him, to vacate a judgment in an action entered by the petitioner without notice to the defendants in such action; such judgment having been entered upon an order and decision of this court (Marco v. Sachs, 12 A D 2d 774). Cross motion by the respondent Justice of the Supreme Court, pursuant to section 1293 of the Civil Practice Act, to dismiss the petition on the grounds that it fails to state facts sufficient to entitle the petitioner to the relief sought or to any relief and that it is insufficient in law on its face. Application for order of prohibition denied, without costs. Cross motion to dismiss petition denied. Respondent has rendered his decision granting the motion of the defendants in the action to vacate said judgment, on the ground that there was no authority in law or in the order of this court for the entry of a judgment. The order on such decision has not yet been signed. Under the circumstances disclosed by this record, the extraordinary remedy of prohibition against the respondent Justice of the Supreme Court is denied in the exercise of discretion. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ STELLA KENDLER et al., Respondents, v. NEW YORK CITY TRANSIT AUTHORITY, Appellant.— Motion by respondents for leave to dispense with the printing of their brief granted. Respondents are directed to file six copies of their typewritten brief and to serve one copy on appellant. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ WILLIAM L. MARCHANT et al., Appellants, v. MARIE E. BUCKLEY, Respondent.— Motion by appellants for a stay of execution of order, pending the appeal therefrom, denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.